## IN THE UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

| | |
|---|---|
| **DENNIS HAUSMAN,** ) | |
|     **Plaintiff,** ) | |
| ) | |
| **v.** ) | Case No. 3:10-cv-00159-JTK |
| ) | |
| **MICHAEL J. ASTRUE,** ) | |
| **Commissioner of the** ) | |
| **Social Security Administration,** ) | |
|     **Defendant.** ) | |

## ORDER

Defendant's Unopposed Motion for Extension of Time to File Brief (Doc. 11) is GRANTED. Defendant's new deadline for filing his response brief is February 17, 2011.

IT IS ORDERED this 19th day of January, 2011.

_____
Jerome T. Kearney
United States Magistrate Judge