### IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### JONESBORO DIVISION

DENNIS HAUSMAN                                                                            PLAINTIFF

v.                              CASE NO. 3:10CV00159 JTK

MICHAEL J. ASTRUE,
*Commissioner,* Social Security Administration                           DEFENDANT

## JUDGMENT

Pursuant to the Memorandum and Order entered in this case on this date, IT IS CONSIDERED, ORDERED and ADJUDGED that the final determination of the Commissioner is affirmed and Plaintiff's case is dismissed with prejudice.

SO ADJUDGED this 22nd day of June, 2011.

_____
UNITED STATES MAGISTRATE JUDGE